1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT FOR THE

9       EASTERN DISTRICT OF CALIFORNIA

10

RICHARD A. MCMAHAN, et al.,          )          1:08mc0020 DLB
11                                               )
                                                 )
12                                               )          ORDER DENYING APPLICATION
                                                 )          TO PROCEED PRO HAC VICE
13              Plaintiffs,                       )
                                                 )          (Document 2)
14      vs.                                      )
                                                 )
15      ALLEN E. BARKER, et al.,                 )
                                                 )
16                                               )
                Defendants.                      )
17      _____)

18          On July 14, 2008, W. Vincent Rakestraw filed an application to proceed pro hac vice in this

19   Court pursuant to Local Rule 83-230(b)(2).  Mr. Rakestraw did not, however, provide the following

20   information:

21          The attorney shall also designate in the application a member of the Bar of this Court with
            whom the Court and opposing counsel may readily communicate regarding that attorney's
22          conduct of the action and upon whom service shall be made.  **The attorney shall submit
            with such application the name, address, telephone number and consent of such**
23          **designee**.

24   Local Rule 83-230(b)(2)(i)(emphasis added).

25          Accordingly, Mr. Rakestraw's application is DENIED.  However, he will be granted thirty

26   (30) days to submit an amended application that provides the necessary information.  If he does not

27

28                                               1

1   do so within that time period, the Clerk of the Court will be directed to return his documents and

2   payments filed on July 14, 2008.

3

4        IT IS SO ORDERED.

5        **Dated:**   **July 22, 2008**                          **/s/ Dennis L. Beck**

6                                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2