IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MCMAHAN, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALLEN E. BARKER, et al., )<br>)<br>Defendants. )<br>_____ ) | 1:08mc0020 DLB<br><br>ORDER DIRECTING CLERK TO<br>RETURN DOCUMENTS AND<br>FILING FEE |

On July 14, 2008, W. Vincent Rakestraw filed an application to proceed pro hac vice in this Court pursuant to Local Rule 83-230(b)(2).  On July 22, 2008, the Court denied his application because he failed to submit the required information.  The Court granted Mr. Rakestraw thirty (30) days to submit an amended application and indicated that if he failed to do so, the Court would direct the Clerk to return his documents and filing fee.

Mr. Rakestraw has failed to amend his application.  Therefore, pursuant to the Court's prior warning, the Clerk of Court is DIRECTED to return his documents filed on July 14, 2008, as well as the filing fee and pro hac vice application fee submitted on July 21, 2008.

1

1 | This order does not prevent Mr. Rakestraw from filing a new action, with a complete pro hac vice application, in the future.

IT IS SO ORDERED.

Dated:   **September 2, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2